**Frank R. ZOKAITES, Plaintiff–Appellant,**

v.

**BALISTRERI REALTY, INC., Luc Gauthier, Defendants–Appellees.**

No. 07–14450
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

April 18, 2008.

Eric Allan Lee, Lee & Amtzis, P.L., Boca Raton, FL, for Plaintiff–Appellant.

Scott A. Cole, Richard P. Cole, Luisa Maria Linares, Brandon Gabriel Waas,

Cole, Scott & Kissane, P.A., Miami, FL, for Defendants–Appellees.

Before BLACK, CARNES and BARKETT, Circuit Judges.

PER CURIAM:

Frank Zokaites appeals the district court's denial of his motion to amend judgment to add prejudgment interest. Zokaites contends the district court erred in denying the motion because he is entitled to prejudgment interest under Florida law. After reviewing the record and the parties' briefs, we agree with the district court's well-reasoned order of August 23, 2007, and affirm the district court.

**AFFIRMED.**